UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

BRITT JACKSON et al.,

            Defendants.

1:20-cr-00179-DLC-4

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 25, 2020, Defendant Britt Jackson appeared before this Court and was ordered released on the following conditions:

1) $50,000 PRB cosigned by 2 FRPs
2) Travel restricted to SD/NY, ED/NY, MD/GA, Dublin, GA, and points in-between for travel
3) Surrender travel documents and make no new applications
4) Pretrial Services supervision as directed
5) Defendant to continue or seek employment
6) Home detention enforced by location monitoring to go into effect upon arrival to MD/GA
7) Defendant not to possess a firearm, destructive device, or other weapon
8) Refrain from excessive use of alcohol
9) Refrain from contact with co-defendants except in the presence of counsel
10) Refrain from contacting any known witnesses or victims related to this offense
11) Refrain from opening or accessing new lines of credit or bank accounts unless approved by PTS
12) Defendant is to report to PTS in MD/GA within 24 hours of his arrival to MD/GA

The Court ordered Mr. Jackson was to be released on his own signature with the remaining conditions to be met by April 8, 2020.

On the motion of Mr. Jackson and with the consent of the Government, for good cause shown, the Court hereby removes conditions 6 and 12 listed above. Mr. Jackson no longer needs to satisfy conditions 6 and 12.

Dated:    New York, New York
            March 25, 2020

                                                  SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**