UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                       :
UNITED STATES OF AMERICA               :          20cr179-4(DLC)
                                       :
            -v-                        :             ORDER
                                       :
BRITT JACKSON,                         :
                                       :
                        Defendant.     :
                                       :
------------------------------------- X

DENISE COTE, District Judge:

        It is hereby

        ORDERED that the change of plea in this matter scheduled to

occur at 2:00 PM on April 29, 2021 is rescheduled to 12:00 PM on

May 6, 2021 via Microsoft Team. To access the conference, please

follow this link: https://teams.microsoft.com/l/meetup-

join/19%3ameeting_OThlYWVjYTgtMWY0OC00OTg2LThlYmUtOWUwNThhMjI1OT

Zi%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-

919c-67c6543d3542%22%2c%22Oid%22%3a%22f281b8d8-5887-44a5-9566-

8c44f6aaf05d%22%7d

        IT IS FURTHER ORDERED that members of the press, public, or

counsel who are unable to successfully access Microsoft Teams

may access the conference's audio using the following

credentials:

                Call-in number:    917-933-2166
                Conference ID:     257 091 780#

Please refer to the Order issued by this Court on April 22 for further instructions on how to access this conference.

Dated:     New York, New York
           April 29, 2021

                              _____
                              DENISE COTE
                              United States District Judge