

# GELBER + SANTILLO

September 17, 2021

**VIA ECF**
Hon. Denise L. Cote, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Jackson*, 1:20-cr-00179-DLC

Dear Judge Cote:

    We write to respectfully request that the Court recommend in Mr. Jackson's Judgment that he be designated to serve his sentence at a BOP facility as close to his family in Georgia as possible. We also respectfully request that Mr. Jackson be given 90 days to surrender, so that he can make arrangements to vacate his apartment and store his belongings. The Government takes no position on this request.

    Thank you for your consideration.

                                    Respectfully submitted,

                                    /s/ Kristen Santillo
                                  Kristen Santillo

*[Handwritten note:]* The request to extend the surrender date is denied. The BOP shall consider designating the defendant to a facility close to Georgia.

*Denise Cote*
9/17/21

Gelber & Santillo PLLC, 347 West 36th Street, Suite 805, New York, NY 10018
Tel: 212-227-4743 Fax: 212-227-7371